Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Triton Automation Group LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4830770** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  **2021 Cleveland Avenue**  **Port Huron, MI 48060**  Number, Street, City, State & ZIP Code  **Saint Clair**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://www.triton-automation.com/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **Triton Automation Group LLC**　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5413__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**　*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
|  |  |  |
|  |  |  |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor |  | Relationship |  |
|---|---|---|---|
| District |  | When |  | Case number, if known |  |

Debtor **Triton Automation Group LLC**        Case number (*if known*)
      Name

11. **Why is the case filed in *this district*?**   *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**   *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
    | ☐ 200-999 | | |

15. **Estimated Assets**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Triton Automation Group LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 30, 2018**
MM / DD / YYYY

**X /s/ Philip J. Peloso**                                **Philip J. Peloso**
Signature of authorized representative of debtor          Printed name

Title **Member**

**18. Signature of attorney**

**X /s/ Kimberly Ross Clayson**                           Date **October 30, 2018**
Signature of attorney for debtor                          MM / DD / YYYY

**Kimberly Ross Clayson P69804**
Printed name

**Clayson, Schneider & Miller, PC**
Firm name

**645 Griswold**
**Suite 3900**
**Detroit, MI 48226**
Number, Street, City, State & ZIP Code

Contact phone **(313) 237-0850**     Email address **david@claysonschneidermiller.com**

**P69804 MI**
Bar number and State

In re **Triton Automation Group LLC**    Case No.
                   Debtor(s)              Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Philip J. Peloso**, declare under penalty of perjury that I am the **Sole Member** of **Triton Automation Group LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Philip J. Peloso**, **Sole Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Philip J. Peloso**, **Sole Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Philip J. Peloso**, **Sole Member** of this Corporation is authorized and directed to employ **Kimberly Ross Clayson P69804**, attorney and the law firm of **Clayson, Schneider & Miller, PC** to represent the corporation in such bankruptcy case."

Date  October 30, 2018           Signed  /s/ Phillip J. Peloso
                                         **Philip J. Peloso, its Sole Member**

Resolution of Board of Directors
of
**Triton Automation Group LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Philip J. Peloso**, **Sole Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Philip J. Peloso**, **Sole Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Philip J. Peloso**, **Sole Member** of this Corporation is authorized and directed to employ **Kimberly Ross Clayson P69804**, attorney and the law firm of **Clayson, Schneider & Miller, PC** to represent the corporation in such bankruptcy case.

| Date | October 30, 2018 | Signed | /s/ Philip J. Peloso |
|---|---|---|---|
| | | | **Philip J. Peloso, its Sole Member** |
| Date | | Signed | |

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Triton Automation Group LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Philip J. Peloso**<br>**2021 Cleveland Ave**<br>**Port Huron, MI 48060** | | | **Sole Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: October 30, 2018

Signature: /s/ Philip J. Peloso  
**Philip J. Peloso, Sole Member**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

All Star Services, Inc.
3443 Military St.
Port Huron, MI 48060


Amada Miyachi America, Inc.
1820 S. Myrtle Avenue
Monrovia, CA 91016


American Express
Customer Care & Billing Inquiries
PO Box 981535
Wilmington, DE 19850-5298


Ascentium Capital, LLC
23970 HWY 59 N
Kingwood, TX 77339


Automation Guarding Systems, LLC
6624 Burroughs Avenue
Sterling Heights, MI 48314


Bastian Solutions
ATTN: Accounts Receivable
10585 N Meridian St. 3rd Floor
Indianapolis, IN 46290


Berndt & Associates, PC
30500 Van Dyke Avenue, Suite 702
Warren, MI 48093


Capital One
PO BOX 30285
Salt Lake City, UT 84130


Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Clear Line Controls
301 Dorthy Lane
Lake Orion, MI 48362

Direct Conveyors LLC
551 Earlywood Dr.
Franklin, IN 46131


Eastern Michigan Bank
Admin Office
65 N. Howard Ave
Croswell, MI 48422


Empire Wire and Supply
P.O. Box 214618
Auburn Hills, MI 48326


Equivalent Base
4175 E 10 Mile Rd
Warren, MI 48091


FANUC America Corporation
28583 Network Place
Chicago, IL 60673-1285


Fundera
123 William St., 21st Floor
New York, NY 10038


Goodsel Investment Company, LLC
725 Trademark Dr. Unit 104
Reno, NV 89521


H H Barnum Company
7915 Lochlin Drive
Brighton, MI 48116


Industrial Control
PO Box 274
Zeeland, MI 49464-0274


Kirk Key Interlock Company
9048 Meridian Circle, NW
North Canton, OH 44720


Marshall E Campbell Company
2975 Lapeer Rd
Port Huron, MI 48060

Marthaller Law PLLC
500 Mamroneck Avenue
Suite 320
Harrison, NY 10528


McNaughton-McKay Electric Co.
Dept 14801
PO Box 67000
Detroit, MI 48267-0148


Neff Group Distributors, Inc.
d/b/a Neff Engineering
Department 6081
Carol Stream, IL 60122-6081


OnDeck
1400 Broadway
New York, NY 10018


Quicksilver Capital LLC
181 South Franklin Ave
Valley Stream, NY 11581


Robotunits, Inc. USA
8 Corporate Drive
Cranbury, NJ 08512


RobotWorx
370 W Fairground St.
Marion, OH 43302


ROC Engineering, Inc
P.O. Box 930746
Wixom, MI 48393


SAS Automation, LLC
1200 South Patton Street
Xenia, OH 45385


Shaltz Automation
5190 Exchange Drive
Flint, MI 48507

The Watson IP Group, PLC
3133 Highland Drive
Hudsonville, MI 49426