# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE: Triton Automation Group, LLC

CASE NO: 18-54684-mar

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**
Chapter: 11

On 11/1/2018, I did cause a copy of the following documents, described below,

Order for Initial Status Conference

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/1/2018

/s/ Kimberly Ross Clayson
Kimberly Ross Clayson  P69804
Clayson, Schneider & Miller, PC
645 Griswold, Suite 3900
Detroit, MI  48226
313 237 0850

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Triton Automation Group, LLC

CASE NO: 18-54684-mar

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 11/1/2018, a copy of the following documents, described below,

Order for Initial Status Conference

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the address matrix for the Top 20 General Unsecured Creditors, Secured Creditors and the Office of the United States Trustee in the attached exhibit.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/1/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kimberly Ross Clayson
Clayson, Schneider & Miller, PC
645 Griswold, Suite 3900
Detroit, MI 48226

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

AMADA MIYACHI
AMERICA INC.
1820 S. MYRTLE AVENUE
MONROVIA CA 91016

AMERICAN EXPRESS
PO BOX 981535
WILMINGTON DE 19850-5298

AUTOMATION GUARDING SYSTEMS LLC
6624 BURROUGHS AVENUE
STERLING HEIGHTS MI 48314

BASTIAN SOLUTIONS
10585 N MERIDIAN ST.
3RD FLOOR
INDIANAPOLIS IN 46290

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130

CHASE CARD SERVICES
ATTN: CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON DE 19850

DIRECT CONVEYORS LLC
551 EARLYWOOD DR.
FRANKLIN IN 46131

EMPIRE WIRE AND SUPPLY
P.O. BOX 214618
AUBURN HILLS MI 48326

H H BARNUM COMPANY
7915 LOCHLIN DRIVE
BRIGHTON MI 48116

INDUSTRIAL CONTROL
PO BOX 274
ZEELAND MI 49464-0274

KIRK KEY INTERLOCK COMPANY
9048 MERIDIAN CIRCLE NW
NORTH CANTON OH 44720

MARSHALL E CAMPBELL COMPANY
2975 LAPEER RD
PORT HURON MI 48060

MCNAUGHTON-MCKAY ELECTRIC CO.
DEPT 14801
PO BOX 67000
DETROIT MI 48267-0148

QUICKSILVER CAPITAL LLC
181 SOUTH FRANKLIN AVE
VALLEY STREAM NY 11581

ROBOTUNITS INC. USA
8 CORPORATE DRIVE
CRANBURY NJ 08512

ROBOTWORX
370 W FAIRGROUND ST.
MARION OH 43302

ROC ENGINEERING INC
P.O. BOX 930746
WIXOM MI 48393

SAS AUTOMATION LLC
1200 SOUTH PATTON STREET
XENIA OH 45385

SHALTZ AUTOMATION
5190 EXCHANGE DRIVE
FLINT MI 48507

THE WATSON IP GROUP PLC
3133 HIGHLAND DRIVE
HUDSONVILLE MI 49426

ASCENTIUM CAPITAL LLC
23970 HWY 59 N
KINGWOOD TX 77339

EASTERN MICHIGAN BANK
ADMIN OFFICE
65 N. HOWARD AVE
CROSWELL MI 48422

FANUC AMERICA CORPORATION
28583 NETWORK PLACE
CHICAGO IL 60673-1285

ONDECK
1400 BROADWAY
NEW YORK NY 10018

ARIEL OLAH
OFFICE OF THE UNITED STATES TRUSTEE
211 W. FORT STREET SUITE 700
DETROIT MI 48226

QUICKSILVER CAPITAL LLC
ARIEL BOUSKILA ESQ
5 HANOVER SQUARE SUITE 2102
NEW YORK NY 10004

EASTERN MICHIGAN BANK
MICHAEL WHALING
316 MCMORRAN BLVD
PORT HURON MI 48060-3808