UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| TRITON AUTOMATION GROUP, LLC | Case No. 18-54684-mar<br>Chapter 11<br>Hon. Mark A. Randon |
| Debtor(s) | |

_____

### ORDER AUTHORIZING DEBTOR TO EMPLOY COUNSEL

**THIS MATTER** having come before the Court on Debtor, Triton Automation Group, LLC's Application for Order Authorizing Employment of Counsel, and it appearing that the assistance of legal counsel is necessary, compensation having been paid to Clayson, Schneider & Miller, PC ("CSMPC") and having been disclosed to the Court, and the Court being satisfied that the firm does not represent interests adverse to the Debtor's estate, with respect to the matters upon which it is to be engaged, and that both firms and with their individual members are "disinterested persons," and that the employment of CSMPC is necessary and in the best interest of the Debtor's estate, and sufficient notice having been given;

**IT IS HEREBY ORDERED** that the application is granted. Debtor is authorized to employ CSMPC as counsel in accordance with the terms of Debtor's application.

**IT IS FURTHER ORDERED** that, subject to court approval and in accordance with Section 330(a) of the Bankruptcy Code, compensation will be paid to CSMPC on an hourly basis plus reimbursement of actual and necessary expenses incurred by CSMPC. In addition, the Debtor has agreed to pre-fund CSMPC's monthly fees up to a monthly pre-fund cap of $5,000.00. This pre-funded amount will be held in CSMPC's client trust account, and CSMPC will apply it to its outstanding fees only after such fees have been approved by this court. These funds will be held in trust for the Debtor's estate and this provision will not create or perfect a security interest in the funds and attorney fees remain subject to the priorities set forth in 11 U.S.C. §507.

**IT IS FURTHER ORDERED** that, upon appropriate application, notice, and hearing, the Court shall determine the compensation and reimbursement of expenses to be allowed to CSMPC in accordance with 11 USC §§ 330 and 331 and the applicable bankruptcy rules.

**Signed on November 28, 2018**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge